# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| **Frank Hoon**  *Plaintiff*  v.  **Johnson Controls, Inc.**  *Defendant* | Civil Action No. 2:25-cv-955 |

## AFFIDAVIT OF SERVICE

I, Angela Johnson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Johnson Controls, Inc. in Dane County, WI on July 8, 2025 at 9:29 am at 301 South Bedford Street, suite 1, Madison, WI 53703 by leaving the following documents with Barb Dejongh who as Employee at CT Corporation is authorized by appointment or by law to receive service of process for Johnson Controls, Inc.

Complaint
Summons
Exhibit A
Civil Cover Sheet

White Female, est. age Unknown, glasses: Y, Gray hair, 200 lbs to 220 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=43.0666721667,-89.3884583333
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dane County, WI on 7/9/2025.

/s/ *Angela Johnson*
Signature
Angela Johnson
+1 (608) 212-1185

Exhibit 1a)

