**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| *IN RE: JOHNSON CONTROLS, INC. DATA INCIDENT LITIGATION*<br><br>This Document Relates To: All Actions | Lead Case No.: 25-cv-00955-BHL<br><br>Honorable Brett H Ludwig |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Jennifer C. Gorman, Hal Bauer, Derek Hefley, Carol McKinnon, Frank Waddell, Chris Broadhead, Mohammad Asem Alkhatib, and William John Pacheco (collectively, "Plaintiffs") individually and on behalf of all others similarly situated, respectfully move this Court to:

a. Appoint Plaintiffs as Class Representatives;

b. Appoint Raina Borrelli of Strauss Borrelli PLLC, Jeff Ostrow of Kopelowitz Ostrow P.A., Gary Klinger of Milberg PLLC, and Kevin Laukaitis of Laukaitis Law, LLC as Class Counsel;

c. Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23 for settlement purposes only;

d. Preliminarily approve the Settlement Agreement for purposes of disseminating Notice to the Settlement Class;

e. Approve the form and contents of the Notice and the method of its dissemination to Settlement Class Members and;

f. Set a date for a Final Approval Hearing.

Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed. The grounds for this unopposed Motion are included in the accompanying

Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs also submit the Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement and accompanying exhibits including the Settlement Agreement (Exhibit A) and Class Counsel's firm resumes (Exhibits B-E).

Dated: July 24, 2026

Respectfully submitted,

By: *<u>/s/ Jeff Ostrow</u>*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Raina C. Borrelli (*pro hac vice*)
Samuel J. Strauss (SBN 1113942)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com

Gary M. Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252.0878
gklinger@milberg.com

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I, Jeff Ostrow, hereby certify that on July 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Jeff Ostrow*
Jeff Ostrow